**Earl E. MANLEY, Employee/Appellant,**

v.

**MULLIGAN CONTRUCTION CO., Employer, and Treasurer of the State of Missouri, Custodian of the Second Injury Fund, Additional Party/Respondent.**

**No. ED 81887.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 18, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 5, 2003.

Application for Transfer Denied
July 1, 2003.

Ray Gerritzen, Gerritzen & Gerritzen, Attorney at Law, St. Louis, MO, for Appellant.

Plia D. Cohn, States Attorneys Office, St. Louis, MO, for Respondents.

John F. Sander, Valentine & Rouse Law Offices, St. Louis, MO, for Defendant.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Earl E. Manley (Employee) appeals from a Final Award Allowing Compensation (Final Award) of the Labor and Industrial Relations Commission (Commission) modifying an Award and Decision of the Administrative Law Judge (ALJ). Employee argues that the Commission erred in concluding that the Second Injury Fund (the Fund) has a right to subrogation for permanent total disability (PTD) benefits. We have reviewed the briefs of the parties and the record on appeal and conclude that, following Missouri Supreme Court precedent in *Cole v. Morris*, 409 S.W.2d 668 (Mo.1966), the Commission did not act without or in excess of its powers in concluding that the Fund has a right to subrogation for PTD benefits. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).